# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITE APPAREL, LLC,<br><br>                              Plaintiff,<br>vs.<br><br>DALLAS COWBOYS, DALLAS COWBOYS MERCHANDISING, and DOES 1-5,<br>                              Defendants. | CASE NO. 13-cv-1038 H (JLB)<br><br>**ORDER DECLINING SUPPLEMENTAL JURISDICTION OVER COUTNERCLAIMS AND DISMISSING WITHOUT PREJUDICE** |

On May 1, 2013, Defendant Dallas Cowboys Merchandising removed Plaintiff's state court complaint to federal court, invoking the Court's federal question jurisdiction. (Doc. No. 1.)  Plaintiff's complaint alleges six causes of action: 1) violation of California Penal Code § 496; 2) violations of the Racketeer Influenced and Corrupt Organizations (RICO) Act;1 3) violation of the California Unfair Competition Law (UCL), Cal. Bus. & Prof. Code § 17200 et seq; 4) breach of contract; 5) fraud; and 6) misrepresentation in violation of the Uniform Commercial Code (UCC) § 2606. (Doc. No. 1-4, Ex. 2, Compl.)  On July 10, 2014, Defendant Dallas Cowboys Merchandising filed counterclaims for breach of contract and suit on sworn account, invoking the Court's supplemental jurisdiciton.  (Doc. No. 26.)

The Court issued an order to show cause why the case should not be dismissed for want of prosecution on July 11, 2014. (Doc. No. 28.)  On August 11, 2014, the Court held a Rule 41.1 dismissal hearing and neither party objected to dismissal of the

1  action. (Doc. No. 31.) Accordingly, the Court dismissed the case for want of
2  prosecution pursuant to Civil Local Rule 41.1. (Id.) The Court issued a written order
3  dismissing the action on August 25, 2014. (Doc. No. 33.)

4  Under 28 U.S.C. § 1367(c), district courts may decline to exercise supplemental
5  jurisdiction if "the district court has dismissed all claims over which it has original
6  jurisdiction." 28 U.S.C. § 1367(c)(3). The Court dismissed all federal claims and
7  declines to exercise supplemental jurisdiction over Defendant's state law
8  counterclaims. Accordingly, the Court dismisses Defendant's counterclaims without
9  prejudice.[1]

10  **IT IS SO ORDERED**.
11  DATED: August 28, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

---

[1] Defendant may elect to pursue its counterclaims in state court if it can.